IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| HORACIO GUTIERREZ | § § § CIVIL ACTION NO. 3:22-CV-00118 |
| VS. | § § § |
| MORAN TOWING CORPORATION | § |

**DEFENDANT, MORAN TOWING CORPORATION'S
CORPORATE DISCLOSURE STATEMENT AND
CERTIFICATE OF INTERESTED PARTIES**

Defendant, Moran Towing Corporation, files this Corporate Disclosure Statement and Certificate of Interested Parties. Pursuant to the Local Rules for the Southern District of Texas and Federal Rule of Civil Procedure 7.1, Moran Towing Corporation hereby certifies to the Court that upon information and belief, the following parties have a financial interest in the outcome of this litigation:

1. Plaintiff, Horatio Gutierrez

2. Moran Towing Corporation, a private corporation.

Respectfully submitted,

**CALVERT EAVES CLARKE & STELLY, L.L.P.**
Beaumont Tower
2615 Calder Avenue, Suite 1070
Beaumont, Texas 77702
Phone: (409) 832-8885
Fax:    (409) 832-8886
E-Mail: fcalvert@calvert-eaves.com
E-Mail: meaves@calvert-eaves.com

By: _____
Frank D. Calvert

State Bar No. 03667700<br>
Michael K. Eaves<br>
State Bar No. 00787414

**ATTORNEYS FOR DEFENDANT,**
**MORAN TOWING CORPORATION**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record in accordance with the Federal Rules of Federal Procedure on this the 8th day of June, 2022.

Frank D. Calvert