UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HORACIO GUTIERREZ | § | C.A. NO. 3:22-cv-00118 |
| | § | |
| VS. | § | |
| | § | |
| MORAN TOWING CORPORATION | § | |

## ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave of Court to File Amended Complaint is hereby GRANTED.

Galveston, Texas, this  10th  day of   August                , 2022.

_____
UNITED STATES DISTRICT JUDGE